UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION


ANTHONY L. COOPER,

        Plaintiff,

v.                                              Case No. 3:11-cv-718-J-12JBT

STATEWIDE BAR ASSOCIATION,
et al.,

        Defendants.

_____

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Plaintiff, an inmate of the Florida penal system who is proceeding pro se, initiated this action by filing a handwritten document entitled Petition/Motion (Doc. #1). Although the Clerk's Office has labeled the document a Petition for Writ of Mandamus, it actually appears to be a civil action seeking appointment of counsel or an order requiring counsel to contact Plaintiff. The Prison Litigation Reform Act (hereinafter PLRA) amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

The Court takes judicial notice of Case Number 4:02cv76-RH, which was brought by Plaintiff Cooper in the United States District Court for the Northern District of Florida, Tallahassee Division. In a Report and Recommendation (Doc. #4) entered in that case on March 7, 2002, the United States Magistrate Judge recommended that Plaintiff's case be dismissed because he had filed the following cases in that court that were dismissed on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 3:00cv135; (2) 4:98cv197; (3) 3:00cv89; and, (4) 3:00cv51. The Report and Recommendation was adopted by the United States District Judge, and the case was dismissed on April 18, 2002.

Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a civil rights complaint form and paying the full $350.00 filing fee.

Accordingly, for all of the above-stated reasons, this case will be dismissed without prejudice.

Therefore, it is now

**ORDERED AND ADJUDGED**:

1.   This case is **DISMISSED** without prejudice.

2.   The Clerk shall enter judgment dismissing this case without prejudice.

3.    The Clerk shall close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this 27th day of July, 2011.

Howell W. Melton

UNITED STATES DISTRICT JUDGE

sa 7/21
c:
Anthony L. Cooper